# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CINDY COSPER, Individually as Surviving Child of RONNIE AMMERSON, and ALLAN MYERS as Temporary Administrator of the ESTATE OF RONNIE AMMERSON<br><br>　　　Plaintiffs,<br><br>*v.*<br><br>FORD MOTOR COMPANY,<br><br>　　　Defendant. | Civil File No.: **2:18-cv-00189-RWS** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Ford Motor Company.

This 30th day of July, 2020.

                                                WATSON SPENCE LLP

                                              */s/ Dwayne A. Brown Jr.*
                                              Dwayne A. Brown Jr.
                                              Georgia Bar No. 509554
                                              999 Peachtree Street, N.E., Suite 1130
                                              Atlanta, Georgia 30309
                                              *dbrown@watsonspence.com*

                                              *Attorney for Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> C. Tab Turner
> Damon Singleton
> Turner and Associates, P.A.
> 4705 Somers Avenue, Suite 100
> North Little Rock, AR 72116
> *tab@tturner.com*
> *damon@tturner.com*
>
> Matthew E. Cook
> Nathan Nicholson
> Cook Law Group, LLC
> P.O. Box 2415
> Gainesville, Georgia 30503
> *matt@cook-lawgroup.com*
> *Nathan@cook-lawgroup.com*
>
> Jonathan A. Parrish
> The Parrish Law Firm, LLC
> Resurgens Plaza, Suite 2250
> 945 East Paces Ferry Road, NE
> Atlanta, Georgia 30326
> *jparrish@parrishfirm.com*

This 30th day of July, 2020.

>                    */s/ Dwayne A. Brown Jr.*
>                    Dwayne A. Brown Jr.
>                    Georgia Bar No. 509554