# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CINDY COSPER, Individually as Surviving Child of RONNIE AMMERSON, and ALLAN MYERS as Temporary Administrator of the ESTATE OF RONNIE AMMERSON<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil File No.: **2:18-cv-00189-RWS**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

COMES NOW, Ford Motor Company, by and through the undersigned counsel and certifies that on September 29, 2020, it served a true and correct copy of the following:

1. Defendant Ford Motor Company's Subpoena to Testify; Ms. Kristi Kilpatrick

[*Signature Page Follows*]

This 29th day of September, 2020.

        WATSON SPENCE LLP

        */s/ Dwayne A. Brown Jr.*
        Michael R. Boorman
        Georgia Bar No. 067798
        Dwayne A. Brown Jr.
        Georgia Bar No. 509554
        999 Peachtree Street, N.E.
        Suite 1130
        Atlanta, Georgia, 30309
        Telephone: (229) 436-1545
        *mboorman@watsonspence.com*
        *dbrown@watsonspence.com*

        *- and –*

        D. Alan Thomas
        *Admitted Pro Hac Vice*
        Paul F. Malek
        *Admitted Pro Hac Vice*
        HUIE, FERNAMBUCQ & STEWART, LLP
        3291 US Highway 280
        Suite 200
        Birmingham, AL 35243
        Telephone: (205) 251-1193
        *AThomas@huielaw.com*
        *PMalek@huielaw.com*

        *Attorneys for Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>C. Tab Turner
>Damon Singleton
>Turner and Associates, P.A.
>4705 Somers Avenue, Suite 100
>North Little Rock, AR 72116
>*tab@tturner.com*
>*damon@tturner.com*
>
>Matthew E. Cook
>Nathan Nicholson
>Cook Law Group, LLC
>P.O. Box 2415
>Gainesville, Georgia 30503
>*matt@cook-lawgroup.com*
>*Nathan@cook-lawgroup.com*
>
>Jonathan A. Parrish
>The Parrish Law Firm, LLC
>Resurgens Plaza, Suite 2250
>945 East Paces Ferry Road, NE
>Atlanta, Georgia 30326
>*jparrish@parrishfirm.com*

This 29th day of September, 2020.

>*/s/ Dwayne A. Brown Jr.*
>Dwayne A. Brown Jr.
>Georgia Bar No. 509554