# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CINDY COSPER, Individually, and as Surviving Child of Ronnie Ammerson and ALLAN MYERS as Temporary Administrator of the Estate of Ronnie Ammerson ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| V. ) ) | CIVIL ACTION FILE NO. 2:18-CV-00189-RWS |
| FORD MOTOR COMPANY, ) ) | |
| Defendant. ) | |

## CONSENT ORDER

Counsel for the parties have conferred and agree that delays in preparing this matter for trial are ongoing and additional delays are inevitable given the ongoing global coronavirus pandemic. The primary problem is that some of the attorneys and some of the retained expert witnesses from across the country are still operating under work-from-home orders and travel restrictions thus making scene inspections, vehicle inspections, evidence gathering, and scientific/engineering work exceptionally difficult to complete under existing schedules. Although counsel in this matter are optimistic given recent, positive developments regarding vaccines, there is currently no definite end in sight with regard to travel restrictions, and

{02868234.1}

counsel do not anticipate being able to meaningfully make progress in this matter in the next few months.

As a result, the parties jointly submit this Consent Order, which grants an extension of the deadlines in the previously agreed-upon Consent Order entered by this Court on April 10, 2020 (Doc. 60). The amended deadlines, which may be further amended in the event of changing events surrounding the pandemic, are as follows:

{02868234.1}

# AMENDMENTS TO SCHEDULING ORDER

09/27/21  Fact Discovery is completed. Additional fact discovery may be completed after this date, but only for "good cause."

09/30/21  Plaintiff shall identify all witnesses from whom FRE 702, 703 or 705 opinion testimony (including all FRCP 26(a)(2)(A) through (C) witnesses) and provide the disclosures required by Rule 26(a)(2)

11/15/21  Depositions of Plaintiff's experts shall be completed

12/13/21  Defendant shall identify all witnesses from whom FRE 702, 703 or 705 opinion testimony (including all FRCP 26(a)(2)(A) through (C) witnesses) and provide the disclosures required by Rule 26(a)(2)

01/28/22  Depositions of Defendant's experts shall be completed

03/15/22  All dispositive and *Daubert* motions shall be filed

04/8/22  Consolidated Pretrial Order filed (if not dispositive or *Daubert* motions submitted)

04/29/22  Mediation Deadline

**IT IS SO ORDERED**, this 22 day of Dec 2020.

HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

{02868234.1}