# EXHIBIT 01

Ammerson v. FMC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| CINDY COSPER, INDIVIDUALLY | ) | |
| AS SURVIVING CHILD OF | ) | |
| RONNIE AMMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| Vs. | ) | NO. 2:18-cv-00189-RWS |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLSOURE**

COMES NOW Plaintiff Cindy Cosper ("Plaintiff"), by and through her undersigned counsel, and herein serves her supplemental initial disclosures, (maintaining her objection to the untimely removal of this Action), as follows:

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subject of the information.

**RESPONSE:**

See Attachment A.

**SUPPLEMENTAL RESPONSE:**

Please see additional names of employees, past and present, who worked on development of the Explorer and have been deposed. Plaintiff reserves the right to use those depositions and the exhibits to those depositions.

| WITNESS | DATE |
|---|---|
| | |
| Abreu, Luis | 06.07 - 08.01 |
| Arndt, Mark | 12.14.00 |
| Arndt, Mark | 06.12.02 |
| Arndt, Mark | 03.31.06 |
| Arndt, Steve | 12.15.00 |
| Arndt, Steve | 06.12.02 |

| Name | Date |
|---|---|
| Ault, William | 11.30.01 |
| Baccouche, Mohammed | 05.12.06 |
| Bacigalupi, Robert | 11.21.96 |
| Balavich, Karen | 05.11.06 |
| Baldwin, John | 09.14.05 |
| Baldwin, John | 10.04.07 |
| Baldwin, John | 10.30.07 |
| Baldwin, John | 08.26.08 |
| Ball, Ken | 07.10.01 |
| Ballard, William | 05.29.08 |
| Ballard, William | 11.02.07 |
| Bauch, David | 05.25.06 |
| Baughman, Thomas | 12.21.00 |
| Beckwith, Gene | 07.24.02 |
| Behr, John | 06.21-22.01 |
| Behr, John | 08.20-21.01 |
| Bernstorf, Carolyn | 07.16.03 |
| Bliznick, Thomas | 07.29.08 |
| Boehly, William | 07.11.01 |
| Bohm, Georg | 09.06-07.01 |
| Bradley, Joseph | 05.25.06 |
| Brown, Patricia | 04.30.04 |
| Burdette, James | 12.21.00 |
| Cabellero, Edivia | 07.11 - 12.01 |
| Campbell, Ron | 05.12.99 |
| Candido, Dennis | 06.26.02 |
| Candido, Dennis | 05.22.01 |
| Chamberlin, James | 05.27.08 |
| Cheng, James | 07.09.03 |
| Claudepierre, Dale | 08.27-28.01 |
| Cowley, Mike | 07.19.00 |
| Craig, Daniel | 07.09.03 |
| Cullen, Jaime | 03.09.00 |
| Cunningham, Clarke | 07.20.00 |
| DaSilva, Antonio | 07.09 - 10.01 |
| Davis, Tim | 07.19-20.01 |
| Duvall, Rick | 06.04.01 |
| Duvall, Rick | 10.15.01 |
| Eagelson, William | 07.09.03 |
| Figliomeni, Francis | 11.12.01 |
| Fredriksson, Andres | 06.07.06 |
| Freund, William | 01.23.02 |
| Fukushima, Ryotaro | 02.20-21.02 |
| Gardner, James | 12.13.00 |
| Gardner, James | 01.03.01 |

| | |
|---|---|
| Gonzalez, Jorge | 06.05 - 06.01 |
| Govindjee, Sanjay | 04.17.01/05.23-24.01 |
| Grush, Ernie | 10.17.00 |
| Halverson, Bruce | 07.31.01 |
| Handlos, Robert | 07.24.02 |
| Hara, Hideo | 07.24 - 25.01 |
| Hara, Hideo | 10.16.01 |
| Harding, Lindsey | 07.10.03 |
| Heinrich, Edgard | 07.10-12.02 |
| Hoetzel, John | 01.24.02 |
| Houston, Dave | 06.09.99 |
| Howe, Terry | 11.19.02 |
| Humbert, Barry | 01.08.02 |
| Ishibashi, Shuichi | 10.18.01 |
| Jakobsson, Lotta | 06.08.06 |
| Janitor, William | 09.14.05 |
| Janssen, Marvin | 10.05.01 |
| Johnson, James | 10.08-09.01 |
| Jones, Ian | |
| Judge, Karen | 04.19.00 |
| Kaizaki, Yoichiro | 03.07-08.02 |
| Kang, Hongbin | 05.25.06 |
| Kapadia, Max | 04.19.00 |
| Katsura, Shingo | 02.12-13.02 |
| Killgoar, Paul | 05.12.06 |
| Klein, Lisa | 05.30 - 31.01 |
| Kocaj, Virgina | 06.20.01 |
| Krishnaswami, Ram | 07.31.08 |
| Krivstov, Vasiliy | 07.29.08 |
| Kuznicki, Joseph | 04.24.02 |
| Lampe, John | 07.05 - 06.01 |
| Lanzoratta, Joseph | 11.15.01 |
| Laubie, Dave | 05.10.01 |
| Lewicki, Norm | 05.23.02 |
| Li, Jessy | 07.09.03 |
| Little, John | 07.23.96 |
| Marble, Roger | 05.21.01 |
| Maron, Carlos | 08.13-14.01 |
| Martin, Robert | 11.27.00 |
| Mast, Tom | 06.08.99 |
| Mazzorin, Carlos | 06.25 - 27.01 |
| McCoy, Robert | 05.11.06 |
| McGill, Harold | 01.10.02 |
| McMillan, Harry | 06.05.01 |
| Metters, Jerry | 08.10.01 |

| | |
|---|---|
| Morgans, Shawn | 07.30.08 |
| Nasser, Jacques | 08.22-23.01 |
| Nelson, Don | 01.30.03 |
| Niles, Thomas | 07.30.08 |
| Nilsson, Richard | 06.07.06 |
| Nozawa, Akira | 02.05-06.01 |
| Ohashi, Masayuki | 02.14-15.02 |
| Ono | 10.09.00 |
| Parekh, Deepak | 11.05-07.01 |
| Parma, Daryl | 06.28.01 |
| Pascarella, Bob | 11.01.07 |
| Pascarella, Bob | 05.23.02 |
| Pascarella, Bob | 05.05.06 |
| Pawling, Robert | 07.09.01 |
| Pearl, Ken | |
| Petrinic, John | 07.16.03 |
| Pett, Bob | 06.28-29.01 |
| Prasad, Priya | 05.12.06 |
| Queisar, Brian | 05.09.01 |
| Queisar, Brian | 12.20.00 |
| Rasor, Gregory | 01.25.02 |
| Rauner, Allan | 05.16-17.01 |
| Reep, Micheal | 12.13.00 |
| Reichenbach, Richard | 07.27.01 |
| Reichenbach, Richard | 08.20-21.01 |
| Riedinger, Timothy | 07.16.03 |
| Roberts, Dave | 07.20.00 |
| Roberts, Mark | 03.08.00 |
| Rodriguez, Hector | 08.15 - 17.01 |
| Rosebrook, Michael | 07.30.08 |
| Roundtree, Joseph | 08.23.00 |
| Saurer, Dan | 08.14-15.01 |
| Schonfeld, Steven | 01.03.02 |
| Seilnacht, Charles | 01.29 - 30.02 |
| Shelton, John | 04.19.00 |
| Shelton, Steve | 01.30.03 |
| Shih, Wei-Zin | 04.19.00 |
| Siegel, James | 07.22.96 |
| Simpson, Roger | 06.09.99 |
| Simpson, Roger | 11.13.00 |
| Sleath, Hank | 03.08.00 |
| Smith, William | 03.18.98 |
| Snodgrass, Ken | 06.08.99 |
| Spencer, Elizabeth | 07.30.08 |
| Stalnaker, Dave | 01.23.03 |

| | |
|---|---|
| Starr, Dave | 05.12.99 |
| Stevens, Greg | 07.10.03 |
| Sullivan, Kaye | 03.09.06 |
| Svanberg, Bo | 06.08.06 |
| Takasawa, Keith | 07.20.00 |
| Tanaka, Kenischi | 02.19-20.02 |
| Tandy, Don | 03.03.00 |
| Tandy, Don | 12.23.02 |
| Tandy, Don | 08.26.08 |
| Tandy, Ken | 05.23.02 |
| Togashi, Isao | 1.30 - 31.02 |
| Tomiyasu, Yuji | 02.07 - 08.02 |
| Van Noyen, Geert | 09.06.05 |
| Vandecaveye, Andrew | 09.13.05 |
| Vandewater, William | 05.17.01 |
| Veres, Bob | 05.23.02 |
| Versace, John | 07.22.96 |
| Wagner, David | 05.12.06 |
| Watanbe, Shigeo | 03.05-06.02/03.12.02 |
| White, Charles | 11.14.00 |
| Whitehead, Judith | 07.20.00 |
| Wotton, Dave | 04.20.00 |
| Wyant, Robert | 07.26.01 |
| Wyzgoski, James | 10.03.01 |
| Yoshida, Yoshio | 03.11.02 |
| Yurjevich, Martin | 09.04.01 |

This 26th day of September 2021.

Respectfully submitted,
*/s/Matthew E. Cook*
Matthew E. Cook
Georgia Bar No. 184399
Kate S. Cook
Georgia Bar No. 280584
Robert H. Childress III
Georgia Bar No. 721558
P.O. Box 2415
Gainesville, GA  30503
678-928-3899 Telephone
888-612-0589 Facsimile
matt@cook-lawgroup.com
kate@cook-lawgroup.com

robert@cook-lawgroup.com

Jonathan A. Parrish
The Parrish Law Firm, LLC
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326
jparrish@parrishlawfirm.com
404-891-0141 Telephone
404-891-0143 Facsimile

***Attorneys for Plaintiffs***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| CINDY COSPER, INDIVIDUALLY | ) | |
| AS SURVIVING CHILD OF | ) | |
| RONNIE AMMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| Vs. | ) | NO. 2:18-cv-00189-RWS |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2021, I served all parties with a copy of the within and foregoing Plaintiffs Supplemental Initial Disclosures by forwarding via United States Mail with proper postage affixed thereto and addressed as follows:

Audrey K. Berland
Michael R. Boorman
Timothy M. Andrews
Huff Powell Bailey, LLC
999 Peachtree Street NE, Suite 950
Atlanta, GA 30309
*Attorneys for Defendant Ford Motor Company*

This 26th day of September 2021.

*/s/Matthew E. Cook*
Matthew E. Cook